955 A.2d 1011

**Brian TYSON, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

Supreme Court of Pennsylvania.

Aug. 27, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of August, 2008, the Application for Leave to File Original Process is granted. The Petition for Writ of Habeas Corpus Ad Subjiciendum—King's Bench Matter and Application for an Immediate Hearing are denied.

Justice GREENSPAN did not participate in the consideration or decision of this matter.